**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marquis DARGON, a.k.a. Pig,**
**Defendant–Appellant.**

**No. 08–12758**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 17, 2009.

Thomas H. Ostrander, Bradenton, FL, for Defendant–Appellant.

Peggy Morris Ronca, Orlando, FL, for Plaintiff–Appellee.

Before TJOFLAT, BIRCH and HULL, Circuit Judges.

PER CURIAM:

Thomas H. Ostrander, appointed counsel for Marquis Dargon in this direct criminal and sentencing appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

---

220

GRANTED, and Dargon's conviction and sentence are **AFFIRMED.**